IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: GERARDO PALOMARES                       )
                                               )
SELECT PORTFOLIO SERVICING, INC./ WELLS        )
FARGO BANK, N.A., SUCCESSOR BY MERGER          )
TO WELLS FARGO BANK MINNESOTA, N.A., AS        )
TRUSTEE FOR THE HOLDERS OF ASSET BACKED        )
PASS-THROUGH CERTIFICATES,                     )
SERIES 2002-HE2,                               )
              Creditor,                        )
       vs.                                     ) CASE NO. 05B21872
                                               ) JUDGE BRUCE W. BLACK
GERARDO PALOMARES,            Debtor           )
```

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Select Portfolio Servicing, Inc./ Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Pass-Through Certificates, Series 2002-HE2, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 2009 contractual payment and all those thereafter.  A notice of default was sent October 21, 2009 and expires November 4, 2009

2. The following is an itemization of fees and costs due on the loan as of September 28, 2009.

    a. Attorney's Fees           $525.00

    b. Escrow Advance            $13,172.83

    Total Fees and Advances      $13,697.83

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this

notice, Select Portfolio Servicing, Inc./ Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Pass-Through Certificates, Series 2002-HE2 rights to collect these amounts will remain unaffected.

    Respectfully Submitted,

    Select Portfolio Servicing, Inc./ Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Pass-Through Certificates, Series 2002-HE2

    <u>/s/A. Stewart Chapman</u>
    A. Stewart Chapman
    ARDC#6255733

    Pierce and Associates, P.C.
    1 North Dearborn Street, Ste. 1300
    Chicago, Illinois 60602
    (312)346-9088